IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UTHAIWAN WONG-OPASUM Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | NO. 3:04-0719 |
| ) | JUDGE HAYNES |
| MIDDLE TENNESSEE STATE ) | |
| UNIVERSITY, et al., ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion to dismiss (Docket Entry No. 18) is **GRANTED** in part, and Plaintiff's claims under Title IX and the Equal Pay Act are **DISMISSED** with prejudice. The Defendant's motion to dismiss is **DENIED** as to Plaintiff's claims against the individual defendants under 42 U.S.C. § 1981. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 24th day of January, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge